United STATES District Court EASTERN District of New York

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ DEC 10, 2025 ★ BROOKLYN OFFICE

ANSWER :

PHH Mortgage Corporation
NAMES of PlAINTIFF(S)

1:25 CV 06583 - MMH

VS

MARIE CLAUDE LACARRIERE
(DEFENDANT)

I

ADMISSIONS AND DENIAL

WE DENY the allegation &, Request time to obtain assistance &, Explore loss of mitigation options

Defendant MARIE CLAUDE LACARRIERE has Alzheimers DISEASE and resides with a Partner who has PARKINSON'S disease with Lewy Body Demenita. Both are ~~disa~~ disable and have lived in the home since 2002.

PLANTIFF (PHH Mortgage Corporation) Stopped processing our loan modification / loss of mitigation, after a payment was made

We request a settlement conference or mediation.

X MARIE-CLAUDE LACARRIERE Dec, 10 DAY of 2025

Signature of defendant X Marie C. Lacarriere

2502 EAST 66 street
BROOKLYN NY 11234
#917-741-1996
917-704-8622