THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Civil Action No.: 25-CV-06583-MMH**
**Filed On: 11/26/2025**

**PHH MORTGAGE CORPORATION**

-against-

**MARIE LACARRIERE, ET AL.**

**Affirmation of Service**
**Suitable Age and Discretion**

STATE OF NEW YORK, COUNTY OF NASSAU: ANTHONY MCCREATH affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 12/9/2025 at 6:31 PM at 2502 EAST 66TH STREET, BROOKLYN, NY 11234, your affirmant served the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS AND COMPLAINT, EXHIBITS 1-7, together with the Notice required by RPAPL Section 1320 and RPAPL 1303 Notice, which Notice, as served, was printed on yellow paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type
bearing Civil Action # 25-CV-06583-MMH and filed date 11/26/2025 upon MARIE LACARRIERE, by delivering a true copy to a person of suitable age and discretion, to wit: MS. LACARRIERE-FIRST NAME NOT PROVIDED, FAMILY MEMBER, who verified that the intended recipient actually resides at this location.

*The process server's perception of the characteristics of the person served is as follows:*

Gender: Female
Race: Black or African American
Hair Color: Black
Approximate Age: 50 - 59
Approximate Height: 5ft8in-5ft11in
Approximate Weight: 171-200 lbs
Other Information: Didn't give her first name

That at the time of service as aforesaid, your affirmant asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply. Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

I affirm this 12 day of Dec, 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

ANTHONY MCCREATH
NYC License # - 2067076-DCA

McCabe, Weisberg & Conway, LLC 11747
1 Huntington Quadrangle, Suite 4N25
MELVILLE,NY 11747
Phone: 631-812-4084
File No. 24-301381

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536-DCA Ph: 631-981-4400
(NCS925973F) AZ 1291427

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Civil Action No.: 25-CV-06583-MMH**
**Filed On: 11/26/2025**

**PHH MORTGAGE CORPORATION**

-against-

**MARIE LACARRIERE, ET AL.**

**Affirmation of Service by Mail**

STATE OF NEW YORK, COUNTY OF NEW YORK: Alex Zambrano affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 12/11/2025, your affirmant mailed a true copy of the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS AND COMPLAINT, EXHIBITS 1-7, together with the Notice required by RPAPL Section 1320 and RPAPL 1303 Notice, which Notice, as served, was printed on yellow paper, the title of the Notice appeared to be in bold 20-point type, and the text appeared to be in bold, 14-point type
by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 2502 EAST 66TH STREET, BROOKLYN, NY 11234 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

MARIE LACARRIERE

2502 EAST 66TH STREET
BROOKLYN, NY 11234

I affirm this on **11th day of December, 2025** under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Alex Zambrano

**McCabe, Weisberg & Conway, LLC 11747**
**1 Huntington Quadrangle, Suite 4N25**
**MELVILLE,NY 11747**
**Phone: 631-812-4084**
**File No. 24-301381**

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536-DCA Ph: 631-981-4400
(NCS925973F) AZ 1291427

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**Civil Action No.: 25-CV-06583-MMH**
**Filed On: 11/26/2025**

**PHH MORTGAGE CORPORATION**

-against-

**MARIE LACARRIERE, ET AL.**

**Affirmation of Service by Mail Pursuant to CPLR §3215**

STATE OF NEW YORK, COUNTY OF NEW YORK: Alex Zambrano affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 12/11/2025, your affirmant mailed a true copy of the SUMMONS IN A CIVIL ACTION, RIDER TO SUMMONS by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 2502 EAST 66TH STREET, BROOKLYN, NY 11234 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

MARIE LACARRIERE

2502 EAST 66TH STREET
BROOKLYN, NY 11234

I affirm this on **11th day of December, 2025** under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Alex Zambrano

**McCabe, Weisberg & Conway, LLC 11747**
**1 Huntington Quadrangle, Suite 4N25**
**MELVILLE,NY 11747**
**Phone: 631-812-4084**
**File No. 24-301381**

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Agency DCA License#: 1037536-DCA Ph: 631-981-4400
(NCS925973F) AZ 1292611