**UNITED STATES DISTRICT COURT**
**for the EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MARIE LACARRIERE, UNITED STATES INTERNAL REVENUE SERVICE; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; NEW YORK CITY DEPARTMENT OF FINANCE,<br><br>Defendants. | Civil Action No. 25-cv-6583 |

**DECLARATION OF JACQUELYN L. GRIFFIN**

I, Jacquelyn L. Griffin, hereby declare under penalty of perjury that the following is true and correct:

1. I am a member of the Bar of the Court and an attorney in the Neighborhood Economic Justice Project at Brooklyn Legal Services. I am counsel for Defendant Marie Lacarriere in the above-captioned action.

2. I submit this Declaration in support of Defendant's motion for appointment of a guardian *ad litem*.

3. Per the court's request, I contacted counsel for both Plaintiff PHH and co-Defendant United States Internal Revenue Service (IRS) to determine whether they would oppose Defendant's motion.

4. Plaintiff's counsel is reserving its right to oppose.

5. Counsel for IRS stated it will not oppose the instant motion.

DATED: June 15, 2026
Brooklyn, NY

Jacquelyn L. Griffin
Brooklyn Legal Services
29 Albany Ave, 2nd Floor
Brooklyn, NY 11216
(718) 233-6442 (tel.)
(646) 859-8530 (fax)
jgriffin@lsnyc.org