NewYork-Presbyterian
Brooklyn Methodist Hospital

CENTER FOR NEUROSCIENCE

263 SEVENTH AVE. #4A, BROOKLYN NY, 11215 TEL (718)246-8614 FAX (718)246-8656
1 HARVEY AVE., STATEN ISLAND NY, 10314 TEL (718)494-4360 FAX (718)554-0119

**ADULT NEUROLOGY**

MIRAN SALGADO, MD
Movement Disorders, Stroke

ANDREW DAWSON, MD
Epilepsy, EEG

ADINA ALPORT, MD
Neuropathy, EMG

AMY R. ZARRIN, MD PhD
Neuromuscular Diseases, EMG

JEFFREY L. BENJAMIN, MD
Stroke, General Neurology

DARYL VICTOR, MD
Movement disorders

KAREN BLITZ-SHABBIR, MD
Multiple Sclerosis

MOATH HAMED, MD
Movement Disorders

JOHN F. FITZGERALD, MD
Epilepsy

NICHOLAS JANOCKO, MD
Stroke

**PHYSICIAN ASSISTANTS**

MELISSA VELEZ, MHA, PA-C, MSCS

TZIPORAH KAY, PA-C

LAUREN ALVAREZ, PA-C

ROSARIA ROMANO, PA

BRITTANY STUART, PA

June 10, 2024

Re: Marie Lacarriere
DOB: [redacted]/1956

To Whom It May Concern:

Marie Lacarriere is a patient under my care in outpatient neurology for diagnosis and treatment of memory impairment, first seen in my office on 3/21/2024.

Her current diagnosis is Dementia with behavioral disturbance (F03.918). She has been prescribed medication (donepezil 5 mg) for this condition and will continue to follow up in neurology every six months or as needed.

If you have any questions, please call my office at 718-246-8614.

Sincerely,

Adina Alport, MD