NewYork-Presbyterian
Brooklyn Methodist Hospital

CENTER FOR NEUROSCIENCE

263 SEVENTH AVE. #4A, BROOKLYN NY, 11215 TEL (718)246-8614 FAX (718)246-8656
1 HARVEY AVE., STATEN ISLAND NY, 10314 TEL (718)494-4360 FAX (718)554-0119

**ADULT NEUROLOGY**

MIRAN SALGADO, MD
Movement Disorders, Stroke

ANDREW DAWSON, MD
Epilepsy, EEG

ADINA ALPORT, MD
Neuropathy, EMG

AMY R. ZARRIN, MD PhD
Neuromuscular Diseases, EMG

JEFFREY L. BENJAMIN, MD
Stroke, General Neurology

DARYL VICTOR, MD
Movement disorders

KAREN BLITZ-SHABBIR, MD
Multiple Sclerosis

MOATH HAMED, MD
Movement Disorders

JOHN F. FITZGERALD, MD
Epilepsy

NICHOLAS JANOCKO, MD
Stroke

**PHYSICIAN ASSISTANTS**

MELISSA VELEZ, MHA, PA-C, MSCS

TZIPORAH KAY, PA-C

LAUREN ALVAREZ, PA-C

ROSARIA ROMANO, PA

BRITTANY STUART, PA

October 17, 2025

Re: Marie Lacarriere
DOB: [redacted]/1956

To Whom It May Concern:

Marie Lacarriere has been a patient under my care in outpatient neurology since 2024 for Alzheimer's disease (G30.9). I most recently examined her on September 25, 2025.

The patient is 68 years old and was a practicing dentist until she had to stop working due to her cognitive decline and behavioral symptoms. She was subsequently diagnosed with Alzheimer's disease confirmed by positive amyloid PET scan. She exhibits memory loss as well as erratic behavior, paranoia, and disinhibition that significantly impairs her functional abilities.

Ms. Lacarriere has been prescribed the following medications for treatment of her medical condition:
Donepezil (ARICEPT) 10 mg – Take 1 tablet daily
Divalproex ER (DEPAKOTE ER) 250 mg – Take 1 tablet 2 times a day
Escitalopram (LEXAPRO) 10 mg – Take 1 tablet daily

Please let my office know if additional information is needed.

Sincerely,

Adina Alport, MD

ADINA ALPORT, M.D.
263 7th Avenue, Suite 5C
Brooklyn, NY 11215
Lic. # 217715
DEA # BG9047057